IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MAHMOUD OSSAMA ALILI, | : | Case No. 1:24-cv-10 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| EXPERIAN PLC, et al., | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. 35) AND DENYING MOTIONS (DOCS. 21, 15, 22, 27) AS MOOT**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 35), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and, noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court **ORDERS** the following:

1. Plaintiff's Motion for a Temporary Restraining Order (Doc. 21) is **DENIED AS MOOT**.

2. Plaintiff's two Motions for Entry of Default Judgment against Equifax, Inc. (Docs. 15, 22) are **DENIED AS MOOT**.

3. Equifax, Inc.'s Motion to Dismiss the original Complaint (Doc. 27) is **DENIED AS MOOT**.

IT IS SO ORDERED.

                                                UNITED STATES DISTRICT COURT
                                                SOUTHERN DISTRICT OF OHIO

By: _____
                                                JUDGE MATTHEW W. McFARLAND